ALBERT R. MEZOFF *vs.* ANGELO CARVOTTA & others. January 19, 1976.
The judge properly excluded evidence of a purported set-off which the
defendants sought to introduce at the trial held in January, 1974. The
assignor's obligation for goods sold and delivered ran only to one of
the defendants, New England Air Conditioning Distributors, and could
not be asserted as a set-off in an action against the four defendants as
comakers of the promissory note in question. G. L. c. 232, § 3, as in
effect prior to St. 1975, c. 377, § 111. Evidence that the transaction by
which the plaintiff acquired his interest in the note was a fraudulent
conveyance was also properly excluded. As the answer in set-off was
filed after the adjudication in bankruptcy of the plaintiff's assignor, the
conveyance could only be voided by the trustee in bankruptcy, not by
a creditor. *Thomas E. Hogan, Inc.* v. *Berman,* 310 Mass. 259, 261
(1941). The defendants' further contention that the trial judge im-
properly instructed the jury on the effect of the findings of a Municipal
Court (G. L. c. 231, § 102C) was waived at oral argument.

*Judgments to be entered on the verdicts.*

*Henry A. Tempone* for the defendants.